**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ameer G. MIKHAIL, Defendant—**
**Appellant.**

**No. 04–4157.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 28, 2004.

Decided June 29, 2004.

Ameer G. Mikhail, Appellant pro se.

Michael Clayton Hanlon, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ameer G. Mikhail appeals the district court's order affirming the magistrate judge's finding of guilt for a traffic violation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Mikhail,* No. CR–03–407 (D.Md. Feb. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*